LOUIS HOCHSTEIN et al., Appellants, *v.* VANDERVEER
        CROSSINGS, INCORPORATED, Respondent.
    SAME, Appellants, *v.* SAME, Respondent.

*Hochstein* v. *Vanderveer Crossings, Inc.* (2 cases), 155 App. Div.
898, affirmed.
(Submitted May 4, 1915; decided May 25, 1915.)

APPEAL in each of the above-entitled actions from a
judgment of the Appellate Division of the Supreme Court
in the first judicial department, entered March 7, 1913,

affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover upon a written contract for the sale of certain lands, it being alleged that by a special indorsement thereon the defendant had agreed to fill in a certain creek which ran through said lands, which agreement the defendant had failed to perform.

*Abraham A. Silberberg, Julius G. Kremer* and *Abraham S. Weltfisch* for appellant.

*Charles C. Clark* for respondent.

Judgment in each case affirmed, with costs; no opinion. Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.